# CRIMINAL COVERSHEET CR 10-0182-S BLW

| | |
|---|---|
| **DEFENDANT'S NAME:** Jorge Valdez | **JUVENILE:** No |
| | **PUBLIC or SEALED:** Public |
| **DEFENSE ATTORNEY:** | **SERVICE TYPE:** Warrant |
| Address: | |
| Telephone No.: | |
| | **ISSUE:** Yes |
| **INVESTIGATIVE AGENT:** Dustin Bloxham | **INTERPRETER:** Yes |
| Telephone No.: 208-334-1620 | If YES, language: Spanish |
| AGENCY: DEA | |

| | |
|---|---|
| **CASE INFORMATION:** (List miscellaneous, magistrate, CVB, other related defendants/case numbers) | **RELATED COMPLAINT:** YES  **CASE NUMBER:** MS 10-6883-S-REB |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Ada |
| Class A Misdemeanor: | No | Estimated Trial Time: | 4 days |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 USC §§ 841(a)(1), (b)(1)(A), and 846 | 1 | Conspiracy to Distribute Methamphetamine | Incarceration for 10 years up to life, 5 year supervised release, $4,000,000.00 fine and $100.00 Special Assessment |
| | | | |

Date: July 20, 2010

Assistant U.S. Attorney: Christian S. Nafzger

Telephone No.: (208) 334-1211

REV. 3/2010                              *Required