# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

(X) Consolidated Initial Appearances & Arraignments- GROUP #2
(X) Govt.'s Motions for Detention

| | |
|---|---|
| MAGISTRATE JUDGE: Larry M. Boyle | DATE: JULY 21, 2010 |
| DEPUTY CLERK: Lynette Case | TIME: 30 minutes |
| ESR: Trinidad Diaz | Boise, IDAHO |

<u>UNITED STATES OF AMERICA vs. JOSE GALLARDO-DEDIOS, et al</u>
 CR 10-182-S-BLW

        Counsel for: United States (AUSA): Christian Nafzger
        Defendants: Juan Antonio Arvizu-Betancourt -Elisa Massoth- CJA Counsel
            Kalli Lindauer- Phil Gordon- CJA Counsel
            Francisco Quinones- Ken Stringfield- CJA Counsel
            Fortino Bastidas- Charles Peterson- CJA Counsel
            Jorge Valdez- John Kormanick-CJA Counsel/no interp needed.
            Quentin Mick- Leo Griffard- CJA Counsel/no interp needed.
        Probation: Nick Nischick
        Interpreter: Susan Evans & Eduardo Silva

(X)*Court inquired if parties had any objection to a consolidated Arraignment; no objection.
(X) Court reviewed the record.  (X) Defendants each placed under oath.
(X) Defendants appears on a Warrant/Indictment.
(X) Court asked Interpreter, Ms. Evans read the Indictment in open Court.
DOCKET NOTE: 3 Defendants needing Interpreter: Juan Antonio Arvizu-Betancourt, Francisco Quinones, and Fortino Bastidas.
(X) Constitutional Rights to Jury Trial and Counsel advised.
(X) Maximum Penalties Provided.  Refer to Penalty Sheet.
(X) Defendants sworn and stated correct name as in caption.
(X) Court examined Financial Affidavits and appointed Counsel for each defendant.
* Defendants were questioned& qualified regarding the financial affidavit and counsel was appointed.
(X) Arraigned on the Indictment
( ) Information          ) Copy furnished to defendant/understands the charges and maximum penalties
( ) Complaint          ) ( ) Read by Clerk    (X) Read by Interpreter.
(X ) PLEA: NOT GUILTY <u>PLEA ENTERED for Each Defendant.</u>
<u>(X)</u> **ORDER**: Court entered Electronic Procedural Order.
Jury Trial is set for **1:30 PM, SEPTEMBER 13, 2010**, before Chief Judge Winmill<u>, at BOISE, Idaho.</u>

The Telephone Pre-trial Readiness Conference is set for **4:00 PM, SEPTEMBER 2, 2010**; Govt counsel shall initiate the Conference Call to Judge Winmill's Chambers.

(X) **Govt.'s Motions for  Detention**: Both defense counsel and the Govt. Requested continuance.
Juan Antonio Arvizu-Betancourt : Waived Detention/Order entered. Defendant Detained.
Kalli Lindauer: Temporary Order of Detention/Set 11 am, 7/23/10 before Judge Bush.
Francisco Quinones: Waived Detention/Order entered. Defendant Detained.
Fortino Bastidas: Waived Detention/Order entered.  Defendant Detained.
Jorge Valdez: Temporary Order of Detention / Set 11am, 7/23/10, before Judge Bush.
Quentin Mick: Temporary Order of Detention /Set 9am, 7/23/10 before Judge Bush.

(X) Court allowed counsel to keep Bail Reports.

(X) Order: Defendants remanded to the custody of the USMS.