*WENDY J. OLSON, IDAHO BAR No. 7634*
*UNITED STATES ATTORNEY*
***CHRISTIAN S. NAFZGER***
*ASSISTANT UNITED STATES ATTORNEY*
*DISTRICT OF IDAHO*
*WASHINGTON GROUP PLAZA IV, SUITE 600*
*800 EAST PARK BOULEVARD*
*BOISE, IDAHO 83712-9903*
*TELEPHONE: (208) 334-1211*
*FAX: (208) 334-1038*

*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) MS No. 10-06883-S-REB |
| vs. | ) UNITED STATES' MOTION TO |
| | ) UNSEAL COMPLAINT |
| JOSE GALLARDO-DEDIOS, GUADALUPE VALENZUELA, HEIDI TUCKER, QUENTIN MICK, JASON MARR, FRANCISCO QUINONES, JORGE VALDEZ, HAYLEE LINDAUER, KALLI LINDAUER, JUAN ANTONIO ARVIZU-BETANCOURT, SHAWN PETERSON, FORTINO BASTIDAS, NABOR MARTINEZ-HERRERA, | ) |
| Defendants. | ) |

The United States of America and Wendy J. Olson, United States Attorney for the District of Idaho, through Christian S. Nafzger, Assistant United States Attorney, move this Honorable Court

*UNITED STATES' MOTION TO UNSEAL - 1*

for an Order directing that the Complaint in the above-entitled matter be unsealed as all thirteen defendants are in custody.

DATED this 22nd day of July, 2010.

WENDY J. OLSON
United States Attorney

_____
/s/ Christian S. Nafzger
Assistant United States Attorney

UNITED STATES' MOTION TO UNSEAL - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the District of Idaho, and that a copy of the foregoing United States' Motion to Unseal was served on all parties named below this 22nd day of July, 2010.

    ___ United States Mail, postage prepaid

    ___ Hand delivery

    ___ Facsimile Transmission (fax)

    ___ Federal Express

     x  ECF Filing

Thomas Monaghan
Federal Defenders of Idaho
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Attorney for Jose Gallardo-Dedios

Jeffrey E. Brownson
Nevin, Benjamin, McKay & Bartlett
Attorneys at Law
303 West Bannock Street
Boise, Idaho 83702
Attorneys for Guadalupe Valenzuela

Ronald D. Christian
Attorney at Law
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Attorney for Heidi Tucker

Leo N. Griffard, Jr.
Attorney at Law
623 West Hays Street
Boise, Idaho 83702
Attorney for Quentin Mick

Gustav A. Rosenheim
Attorney at Law
960 Broadway Avenue, Suite 210
Post Office Box 966
Boise, Idaho 83701
Attorney for Jason Marr

UNITED STATES' MOTION TO UNSEAL - 3

Kenneth F. Stringfield
Stringfield Law Office
213 South 10th Avenue
Post Office Box 777
Caldwell, Idaho 83606
Attorney for Francisco Quinones

John Robert Kormanik
Kormanik, Hallam & Sneed LLP
Attorneys at Law
1099 South Wells Street, Suite 120
Meridian, Idaho 83642
Attorneys for Jorge Valdez

Thomas B. Dominick
Dominick Law Offices, PLLC
500 West Bannock Street
Boise, Idaho 83702
Attorneys for Haylee Lindauer

Philip H. Gordon
Gordon Law Offices
623 West Hays Street
Boise, Idaho 83702
Attorney for Kalli Lindauer

Elisa G. Massoth
Elisa G. Massoth, PLLC
14 South Main Street, Suite 200
Post Office Box 1003
Payette, Idaho 83661
Attorneys for Juan Antonio Arvizu-Betancourt

Gabriel J. McCarthy
Attorney at Law
401 West Front Street, Suite 302
Boise, Idaho 83702
Attorney for Shawn Peterson

Charles F. Peterson, Jr.
Peterson Law Office
913 West river Street, Suite 420
Boise, Idaho 83702
Attorney for Fortino Bastidas

*UNITED STATES' MOTION TO UNSEAL - 4*

       Chris J. Berglund
       Berglund Law, PLLC
       500 West Bannock Street
       Boise, Idaho 83702
       Attorney for Nabor Martinez-Herrera

                                                   _____
                                                     /s/ Christian S. Nafzger